IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ERIANE DYSON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CIV. ACT. NO. 1:22-cv-192-TFM-B |
| | ) |
| ERICO PITTMAN | ) |
| | ) |
| Respondent. | ) |

**MEMORANDUM OPINION AND ORDER**

On July 15, 2022, the Magistrate Judge entered a Report and Recommendation which recommended this action be remanded due to a lack of federal jurisdiction. *See* Doc. 3. No objections were filed.

Therefore, after due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of this Court. Accordingly, the Court *sua sponte* **ORDERS** that this action is **REMANDED** to the Court of Common Pleas, Domestic Relations Division, Summit County, Ohio, for want of jurisdiction. The Clerk of Court is **DIRECTED** to effectuate the remand and to close this action.

**DONE** and **ORDERED** this 16th day of August, 2022.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE